UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                  Plaintiff,

v.

ROBERT BEAN,

                  Defendant.

Case No. 21-CR-21-2-JPS

**ORDER**

---

On January 20, 2021, the grand jury returned a six-count indictment, charging Defendant with two counts of violating of 21 U.S.C. § 841(a)(1), (b)(1)(B), (b)(1)(C), and 18 U.S.C. § 2(a). (Docket #12). On November 4, 2021, the Government filed an information charging Defendant with two counts of violating 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2(a). (Docket #47). That same day, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Counts One and Two of the Information. (Docket #48). Defendant also submitted a waiver of indictment. (Docket #51).

The parties appeared before Magistrate Judge William E. Duffin on December 2, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #52). Defendant entered a plea of guilty as to Counts One and Two of the Information. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #53 at 1).

That same day, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.* at 2). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #53) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 30th day of December, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge